AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

ST. REGIS MOHAWK TRIBE

**SUMMONS IN A CIVIL ACTION**

V.

UNITED STATES DEPARTMENT OF THE INTERIOR et al.

CASE NUMBER: 08 CIV. 0208

TO: (Name and address of Defendant)

U.S. Department of the Interior, 1849 C Street, N.W., Washington DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark P. Weingarten, Esq.
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
1 N. Lexington Avenue, 11th Flr., White Plains, NY 10601

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. Michael McMahon

(By) DEPUTY CLERK

DATE  JAN 1 0 2008

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  1/14/2008 |
| NAME OF SERVER (PRINT)  Matthew S. Clifford | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Certified Mail, Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/22/2008
              Date

*Signature of Server*

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Ave.
White Plains, NY 10601

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.