AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

ST. REGIS MOHAWK TRIBE,

    Plaintiff(s),

-against-

UNITED STATES DEPARTMENT of the
INTERIOR, et al.,

    Defendant(s).

**APPEARANCE**

Case Number: 08-0208 (CLB) (GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff St. Regis Mohawk Tribe

I certify that I am admitted to practice in this court.

| 1/30/2008 | *(signature)* |
|---|---|
| Date | Signature |
| | Matthew S. Clifford     MC 1134 |
| | Print Name     Bar Number |
| | DelBello Donnellan et al., 1 N. Lexington Ave, 11th Floor |
| | Address |
| | White Plains     NY     10601 |
| | City     State     Zip Code |
| | (914) 681-0200     (914) 684-0288 |
| | Phone Number     Fax Number |