UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ST. REGIS MOHAWK TRIBE,

                Plaintiff,

-v-

UNTIED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR; JAMES E. CASON, in his official capacity as ASSOCIATE DEPUTY SECRETARY OF THE INTERIOR; and CARL J. ARTMEN, in his official capacity as ASSOCIATE SECRETARY OF THE INTERIOR FOR INDIAN AFFAIRS,

                Defendants.

Index No. 7:08 cv. 208(CLB) (GAY)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 )ss:
COUNTY OF WESTCHESTER  )

      MARY D. LANGAN being sworn says:

      I am not a party to the action, am over 18 years of age and reside at White Plains, New York (office).

      On January 30, 2008, I served a true copy of ORDER FOR COURT CONFERENCE in the following manner:

      by mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:

Dirk Kempthorne, Secretary of the Interior
United States Department of the Interior
1849 C. Street, N.W., Room 6156
Washington, DC 20240

Carl J. Artman,
Asst of the Secretary of the Interior for Indian Affairs
United States Department of the Interior
1849 C. Street, N.W., Room 4160
Washington, DC 20240

James E. Cason, Associate Deputy Secretary
Office of Deputy Secretary
1849 C. Street, N.W., Room 6117
Washington, DC 20240

United States Department of the Interior
1849 C. Street, N.W., Room 6156
Washington, DC 20240

                                  MARY D. LANGAN

Sworn to before me this
30th day of January, 2008

NOTARY PUBLIC

MATTHEW S. CLIFFORD
NOTARY PUBLIC, State of New York
No. 02CL6138828
Qualified in Westchester County
My Commission Expires November 14, 20 09

1235731
0149720-001