SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ST. REGIS MOHAWK TRIBE,    Plaintiff,

- against -

U.S. DEPT. OF THE INTERIOR, et al    Defendant.

8 cv 0208 (CLB)(GAY)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Paid E63979

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard Bemporad a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  MARSHA K. SCHMIDT
Firm Name:  HOBBS STRAUS DEAN & WALKER, LLP
Address:  2120 L Street, NW Suite 700
City/State/Zip:  Washington, DC 20037
Phone Number:  (202) 822-8282
Fax Number:  (202) 296-8834

MARSHA K. SCHMIDT is a member in good standing of the Bar of the States of Washington, DC

There are no pending disciplinary proceeding against MARSHA K. SCHMIDT in any State or Federal court.

Dated: February 7, 2008
City, State: White Plains, NY

Respectfully submitted,

Richard Bemporad
RB-8778
Firm Name:  Delbello, Donnellan, Weingarten, Wise & Wiederkehr, LLP
Address:  The Gateway Building One North Lexington Avenue
City/State/Zip:  White Plains, NY 10601
Phone Number:  (914) 681-0200
Fax Number:  (914) 684-0288

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SDNY Form Web 10/2006

UNITED STATES DISTRICT

**SOUTHERN DISTRICT OF NEW YORK**

                                    Plaintiff,

ST. REGIS MOHAWK TRIBE,

    - against –                                  08 cv 0208 (CLB)(GAY)

                                  Defendant,        AFFIDAVIT OF
                                                      Richard Bemporad

U.S. DEPT. OF THE INTERIOR,            IN SUPPORT OF MOTION
et al                                                                TO ADMIT COUNSEL
                                                                          PRO HAC VICE

State of New York      )
                                  )    ss:
County of New York   )

Richard Bemporad, being duly sworn, here by deposes and says as follows:

1.    I am a partner at Delbello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Marsha K. Schmidt as counsel pro hac vice to represent Plaintiff in this matter.

1.    I am a member in good standing of the bar of the (State of New York), and was admitted to practice law in April 1976. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

2.    I have known Marsha K. Schmidt since January 24, 2008, when we first consulted about this case.

3.    Mrs. Schmidt is of counsel with Hobbs, Straus, Dean & Walker, LLP in Washington, DC.

4.    I have found Mrs. Schmidt to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.    Accordingly, I am pleased to move the admission of Marsha K. Schmidt, pro hac vice.

6.    I respectfully submit a proposed order granting the admission of Marsha K. Schmidt, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Marsha K. Schmidt, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 7, 2008
City: White Plains, NY
Notarized: _____

MATTHEW S. CLIFFORD
NOTARY PUBLIC, State of New York
No. 02CL6136626
Qualified in Westchester County
My Commission Expires November 14, 2009

Respectfully submitted,

Richard Bemporad
Name of Movant: Richard Bemporad
SDNY Bar Code: RB-8778

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**MARSHA K. SCHMIDT**

was, on the  3rd  day of  March  A.D.  1986  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  15th  day of  January  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk