SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ST. REGIS MOHAWK TRIBE,    Plaintiff,

- against -

U.S. DEPT. OF THE INTERIOR, et al    Defendant.

____8____ cv ____0208____ (CLB)(GAY)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I,  Richard Bemporad  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  MICHAEL L. ROY
Firm Name:         HOBBS STRAUS DEAN & WALKER, LLP
Address:           2120 L Street, NW Suite 700
City/State/Zip:    Washington, DC 20037
Phone Number:      (202) 822-8282
Fax Number:        (202) 296-8834

MICHAEL L. ROY  is a member in good standing of the Bar of the States of Washington, DC

There are no pending disciplinary proceeding against  MICHAEL L. ROY  in any State or Federal court.

Dated: February 7, 2008
City, State: White Plains, NY

Respectfully submitted,

Richard Bemporad
RB-8778
Firm Name:      Delbello, Donnellan, Weingarten, Wise & Wiederkehr, LLP
Address:        The Gateway Building   One North Lexington Avenue
City/State/Zip: White Plains, NY   10601
Phone Number:   (914) 681-0200
Fax Number:     (914) 684-0288

SDNY Form Web 10/2006

UNITED STATES DISTRICT

**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Plaintiff, | |
| ST. REGIS MOHAWK TRIBE, | 08 cv 0208 (CLB) (GAY) |
| - against - | AFFIDAVIT OF |
| Defendant, | Richard Bemporad |
| U.S. DEPT. OF THE INTERIOR, et al | IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York    )
                     )  ss:
County of New York   )

Richard Bemporad, being duly sworn, here by deposes and says as follows:

1. I am a partner at Delbello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael L. Roy as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the (State of New York), and was admitted to practice law in April 1976. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael L. Roy since January 10, 2007, when we first consulted about this case.

4. Mr. Roy is a partner with Hobbs, Straus, Dean & Walker, LLP in Washington, DC.

5. I have found Mr. Roy to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael L. Roy, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael L. Roy, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael L. Roy, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 7, 2008
City: White Plains, NY

Notarized:

_____
MATTHEW S. CLIFFORD
NOTARY PUBLIC, State of New York
No. 02CL6136828
Qualified in Westchester County
My Commission Expires November 14, 2009

Respectfully submitted,

_Richard Bemporad_
Name of Movant: Richard Bemporad
SDNY Bar Code: RB-8778

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**MICHAEL L. ROY**

was, on the 7th day of November A.D. 1994 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 15th day of January A.D. 2008.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk

