IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. REGIS MOHAWK TRIBE, | ) |
|                Plaintiff, | ) |
| v. | ) Case No. 08 Civ. 0208 (CLB)(GAY) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR; JAMES E. CASON, in his official capacity as ASSOCIATE DEPUTY SECRETARY OF THE INTERIOR; and CARL J. ARTMAN, in his official capacity as ASSOCIATE SECRETARY OF THE INTERIOR FOR INDIAN AFFAIRS, | ) |
|                Defendants. | ) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff St. Regis Mohawk Tribe of New York, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint without prejudice. Defendants have not yet filed their answers to the complaint in this action, nor has a motion for summary judgment been filed. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

*/s/ Richard Bemporad*

Mark P. Weingarten (MW-1624)
Richard Bemporad (RB-8778)
Matthew S. Clifford (MC-1134)
Delbello Donnellan Weingarten Wise &
Wiederkehr, LLP
The Gateway Building
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200

                    Jerry C. Straus
                    Michael L. Roy
                    Marsha K. Schmidt
                    Hobbs, Straus, Dean & Walker, LLP
                    2120 L Street, NW, Suite 700
                    Washington, DC 20037
                    202-822-8282

                    Counsel for Plaintiff
                    St. Regis Mohawk Tribe

Dated: February 12, 2008