SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

Brieant, J.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ST. REGIS MOHAWK TRIBE,    Plaintiff,

U.S. DISTRICT COURT
FILED
FEB 11 2007
S.D. W.P. OF N.Y.

08   cv   0208   (CLB)(GAY)

- against -

U.S. DEPT. OF THE INTERIOR, et al    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Paid
25.00
E 6553 979

Upon the motion of  Richard Bemporad   attorney for   ST. REGIS MOHAWK TRIBE

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | MARSHA K. SCHMIDT |
| Firm Name: | HOBBS STRAUS DEAN & WALKER, LLP |
| Address: | 2120 L Street, NW Suite 700 |
| City/State/Zip: | Washington, DC 20037 |
| Telephone/Fax: | (202) 822-8282 |
| Email Address: | mks@mac.com |

is admitted to practice pro hac vice as counsel for   ST. REGIS MOHAWK TRIBE   in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: White Plains, NY
February 8, 2008

_____
United States District/Magistrate Judge

MICROFILM

SDNY RECEIPT#

SDNY Form Web 10/2006