SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

Brisant, J.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ST. REGIS MOHAWK TRIBE,          Plaintiff,

U.S. DISTRICT COURT FILED
FEB 1 1 2007
S.D. W.P. OF N.Y.

08   cv   0208   (CLB)(GAY)

- against -

U.S. DEPT. OF THE INTERIOR, et al          Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Richard Bemporad attorney for ST. REGIS MOHAWK TRIBE

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   MICHAEL L. ROY

Firm Name:   HOBBS STRAUS DEAN & WALKER, LLP

Address:   2120 L Street, NW Suite 700

City/State/Zip:   Washington, DC 20037

Telephone/Fax:   (202) 822-8282

Email Address:   mlroy@hsdwdc.com

is admitted to practice pro hac vice as counsel for ST. REGIS MOHAWK TRIBE in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: White Plains, NY
February 8, 2008

MICROFILM
FEB 1 1 2008
USDC SDNY WP

United States District/Magistrate Judge

FOR OFFICE USE ONLY:   FEE PAID $_____   SDNY RECEIPT#

SDNY Form Web 10/2006