IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. REGIS MOHAWK TRIBE,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR; JAMES E. CASON, in his official capacity as ASSOCIATE DEPUTY SECRETARY OF THE INTERIOR; and CARL J. ARTMAN, in his official capacity as ASSOCIATE SECRETARY OF THE INTERIOR FOR INDIAN AFFAIRS,<br><br>            Defendants. | Case No. 08 Civ. 0208 (CLB)(GAY) |

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT & order

Plaintiff St. Regis Mohawk Tribe of New York, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint without prejudice. Defendants have not yet filed their answers to the complaint in this action, nor has a motion for summary judgment been filed. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                      Respectfully submitted,

                                      *Richard Bemporad*
                                      Mark P. Weingarten (MW-1624)
                                      Richard Bemporad (RB-8778)
                                      Matthew S. Clifford (MC-1134)
                                      Delbello Donnellan Weingarten Wise &
                                      Wiederkehr, LLP
                                      The Gateway Building
                                      One North Lexington Avenue
                                      White Plains, NY 10601
                                      (914) 681-0200

Jerry C. Straus
Michael L. Roy
Marsha K. Schmidt
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW, Suite 700
Washington, DC 20037
202-822-8282

Counsel for Plaintiff
St. Regis Mohawk Tribe

Dated: February 12, 2008

So ordered; March 7, 2008

_Charles L. Brieant_
USDJ